Charles M. Lizza
Sarah A. Sullivan
Alexander L. Callo
SAUL EWING LLP
One Riverfront Plaza
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102-5426
(973) 286-6700
clizza@saul.com

Courtland C. Merrill
SAUL EWING LLP
33 South Sixth Street, Suite 4750
Minneapolis, MN 55402
(612) 225-2943
courtland.merrill@saul.com

*Attorneys for Plaintiff*
*Seasonal Specialties, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SEASONAL SPECIALTIES, LLC,<br><br>          Plaintiff,<br><br>v.<br><br>NATIONAL CHRISTMAS PRODUCTS, INC. D/B/A NATIONAL TREE COMPANY,<br><br>          Defendant. | Civil Action No.: _____<br><br>(Filed Electronically) |

## PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Seasonal Specialties, LLC ("Seasonal") submits the following Corporate Disclosure Statement:

1.      Seasonal has no parent corporation.

2.      No publicly held corporation owns 10% or more of Seasonal's membership interests.

Dated: August 25, 2023

By:  s/ Sarah A. Sullivan
Charles M. Lizza
Sarah A. Sullivan
Alexander L. Callo
SAUL EWING LLP
One Riverfront Plaza
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102-5426
(973) 286-6700
clizza@saul.com

Courtland C. Merrill
33 South Sixth Street, Suite 4750
Minneapolis, MN 55402
(612) 225-2943
courtland.merrill@saul.com

*Attorneys for Plaintiff*
*Seasonal Specialties, LLC*

2